UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC -9 P 2: 24

SIGN_____
BY DEPUTY CLERK

LESTER B. LEWIS, JR. (#297939)

VERSUS                              CIVIL ACTION NO.: 06-699-JVP-CN

RICHARD L. STALDER, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 13, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, plaintiff's action shall be **DISMISSED**, with prejudice, as legally frivolous within the meaning of 28 U.S.C. § 1915(e)(2).

Baton Rouge, Louisiana, December 9, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA